G. Thomas Martin, III (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Direct Dial: (818) 907-2030
Fax: (818) 205-3730
tom@plglawfirm.com
Attorneys for Plaintiff,
LACIANA PRICE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LACIANA PRICE,<br><br>          Plaintiff,<br><br>     vs.<br><br>FIRST NATIONAL COLLECTION BUREAU, INC.; and DOES 1 to 10, inclusive,<br><br>          Defendants. | Case No.  2:14-cv-00224-PA-MRW<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff, LACIANA PRICE, by and though her attorney, informs this Honorable Court that Plaintiff has settled her case with Defendant, FIRST NATIONAL COLLECTION BUREAU, INC. The parties are in the process of finalizing settlement, and Plaintiff anticipates the settlement will be finalized in 40 days. Plaintiff respectfully requests that this Honorable Court vacate all dates currently set on calendar for this case.

DATED: April 2, 2014

RESPECTFULLY SUBMITTED,

PRICE LAW GROUP, APC

By: /s/ G. Thomas Martin, III
G. Thomas Martin, III
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of April, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and mailed a copy to the defendant, FIRST NATIONAL COLLECTION BUREAU, INC., at the address stated below, which is the last known address of said Defendant, and deposited said envelope in the United States mail.

FIRST NATIONAL COLLECTION BUREAU, INC
610 Waltham Way
Sparks, Nevada 89434

By: /s/ G. Thomas Martin, III
G. Thomas Martin, III