G. Thomas Martin, III (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Direct Dial: (818) 907-2030
Fax: (818) 205-3730
tom@plglawfirm.com
Attorneys for Plaintiff,
LACIANA PRICE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LACIANA PRICE,<br><br>        Plaintiff,<br><br>    vs.<br><br>FIRST NATIONAL COLLECTION BUREAU, INC.; and DOES 1 to 10, inclusive,<br><br>        Defendants. | Case No. 2:14-cv-00224-PA-MRW<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

## **VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to FRCP 41(a)(1), Plaintiff LACIANA PRICE hereby voluntarily dismisses her claims, with prejudice, against Defendants FIRST NATIONAL COLLECTION BUREAU, INC.; and DOES 1 to 10, inclusive.

                                                         RESPECTFULLY SUBMITTED,

DATED: April 11, 2014

                                                         PRICE LAW GROUP, APC


                                                         By: /s/ G. Thomas Martin, III
                                                             G. Thomas Martin, III
                                                             *Attorney for Plaintiff*

- 1 -

Voluntary Dismissal

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of April, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and mailed a copy to the defendant, FIRST NATIONAL COLLECTION BUREAU, INC., at the address stated below, which is the last known address of said Defendant, and deposited said envelope in the United States mail.

FIRST NATIONAL COLLECTION BUREAU, INC
610 Waltham Way
Sparks, Nevada 89434

By: /s/ G. Thomas Martin, III
G. Thomas Martin, III